MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Dontae Tyrie Gardner

**FILED**

OCT 1 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CASE NO.: CR-09-00203-CW

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONTAE TYRIE GARDNER,

Defendant.

STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS TO ALLOW DEFENDANT'S VISITS TO STANFORD MEDICAL CENTER TO SEE HIS SON

The defendant Dontae Gardner and the government stipulate that this Court should enter an order allowing Mr. Gardner to visit his hospitalized son at Stanford Medical Center over the next seven days, as needed and approved by his supervising Pretrial Services Officer. The defendant will return to the court to request an extension beyond the week, if needed.

This morning, the defendant's one-year-old son, Dontae Gardner was admitted to

STIPULATION AND [PROPOSED] ORDER

*cc: Stats, Financial, Copy to parties via ECF, Pretrial, Sheilah.*

the emergency room at Stanford Medical Center. He was suffering from weakness, dehydration, and diarrhea.

The defendant is currently residing at the halfway house in San Francisco, CA, and his conditions of release allow him to work from 9 am to 5 pm on weekdays in San Carlos, CA at the music studio BNB Entertainment. He is also allowed to leave the halfway house to attend church on Sundays. He is otherwise not permitted to leave the facility.

Pretrial Services Officer Victoria Gibson does not object to this request.

Dated:

Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR DONTAE TYRIE GARDNER


JOSEPH P. RUSSONIELLO
US ATTORNEY

//s//

GARTH HIRE
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that defendant Dontae Gardner's release conditions be modified to permit him to visit his hospitalized son at Stanford Medical Center over the next seven days, as needed and approved by his supervising Pretrial Services Officer.

Dated: 10/13/09

HON. TIMOTHY J. BOMMER
US MAGISTRATE JUDGE