MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Dontae Tyrie Gardner

**FILED**

NOV 2 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CASE NO.: CR-09-00203-CW

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONTAE TYRIE GARDNER,

Defendant.

STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS TO ALLOW THANKSGIVING HOME VISIT

The defendant Dontae Gardner and the government stipulate that this Court should enter an order authorizing a 48-hour pass from the Halfway House to spend Thanksgiving with his family.

This Court released Mr. Gardner to reside at a halfway house on a $700,000 secured bond. Mr. Gardner currently is allowed to leave the halfway house to work on weekdays from 9 am to 5 pm. He is also allowed to leave the halfway house to attend

STIPULATION AND [PROPOSED] ORDER

Cc: State, Copy to parties via ECF, Sheilah, Pret-Svcs., Financial

church on Sunday, court appearances, attorney visits, or medical appointments.

Mr. Gardner will spend the Thanksgiving holiday with his significant other Tannea Kelley and his two children, who reside at 5201 Terner Way, Apt. 203, San Jose, CA 95136.

Pretrial Services Officer Victoria Gibson does not object to this request.

Dated:                                                          Respectfully Submitted,

                                                                RAMSEY & EHRLICH LLP

                                                                //s//

                                                                ISMAIL RAMSEY
                                                                ATTORNEY FOR DONTAE TYRIE GARDNER


                                                                JOSEPH P. RUSSONIELLO
                                                                US ATTORNEY

                                                                //s//

                                                                GARTH HIRE
                                                                ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that defendant Dontae Gardner's release conditions be modified to permit him to receive a 48-hour pass -- between Wednesday (November 25) evening and Friday (November 27) evening -- from the Halfway House to spend Thanksgiving with his family at 5201 Terner Way, Apt. 203, San Jose, CA 95136.

Dated:

                                                                TIMOTHY J. BOMMER
                                                                U.S. MAGISTRATE JUDGE

- 2 -