MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Dontae Tyrie Gardner

**FILED**

DEC 2 - 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONTAE TYRIE GARDNER,

Defendant.

Case No.: CR-09-00203-CW

STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS TO ALLOW HOME VISIT FOR SON'S BIRTHDAY PARTY

The defendant Dontae Gardner and the government stipulate that this Court should enter an order authorizing an 8-hour pass -- between 1 pm and 9 pm on Saturday, December 5, 2010 -- from the Halfway House to attend his son's birthday party.

This Court released Mr. Gardner to reside at a halfway house on a $700,000 secured bond. Mr. Gardner currently is allowed to leave the halfway house to work on weekdays from 9 am to 5 pm. He is also allowed to leave the halfway house to attend

STIPULATION AND [PROPOSED] ORDER

cc: Stats, Copy to parties via ECF
Pret-Svcs, Sheilah, Financial/Odile

church on Sunday, court appearances, attorney visits, or medical appointments.

If granted a pass, Mr. Gardner will attend the birthday party of his son, who turns two years old, on Saturday, December 5, 2010, at his family's home at 5201 Terner Way, Apt. 203, San Jose, CA 95136. The party is scheduled to take place between 3 pm and 7 pm.

Pretrial Services Officer Victoria Gibson does not object to this request.

Dated:                                        Respectfully Submitted,

                                              RAMSEY & EHRLICH LLP

                                              //s//

                                              ISMAIL RAMSEY
                                              ATTORNEY FOR DONTAE TYRIE
                                              GARDNER


                                              JOSEPH P. RUSSONIELLO
                                              US ATTORNEY

                                              //s//

                                              GARTH HIRE
                                              ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that defendant Dontae Gardner's release conditions be modified to permit him to receive an 8-hour pass -- between 1 pm and 9 pm on Saturday, December 5, 2010 -- from the Halfway House to attend his son's birthday party.

Dated: 12/2/09

                                              _____
                                              TIMOTHY J. BOMMER
                                              US MAGISTRATE JUDGE