MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Dontae Tyrie Gardner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONTAE TYRIE GARDNER, <br><br> Defendant. | Case No.: CR-09-00203-CW <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS TO ALLOW ATTENDANCE AT DAUGHTER'S BIRTHDAY PARTY** |

The defendant Dontae Gardner and the government stipulate that this Court should enter an order authorizing an 8-hour pass -- between 1 pm and 9 pm on Saturday, February 6, 2010 -- from the Halfway House to attend his daughter's birthday party.

This Court released Mr. Gardner to reside at a halfway house on a $700,000 secured bond. Mr. Gardner currently is allowed to leave the halfway house to work on weekdays from 9 am to 5 pm. He is also allowed to leave the halfway house to attend

**STIPULATION AND [PROPOSED] ORDER**

church on Sunday, court appearances, attorney visits, or medical appointments.

If granted a pass, Mr. Gardner will attend the birthday party of his six-year old daughter on Saturday, February 6, 2010. The party is a slumber party, being held at the Embassy Suites Hotel, 901 East Calaveras Blvd., Milpitas, CA 95035.

Pretrial Services Officer Victoria Gibson does not object to this request.

Dated:                                          Respectfully Submitted,

                                                RAMSEY & EHRLICH LLP

                                                //s//

                                                ISMAIL RAMSEY
                                                ATTORNEY FOR DONTAE TYRIE GARDNER


                                                JOSEPH P. RUSSONIELLO
                                                US ATTORNEY

                                                //s//

                                                GARTH HIRE
                                                ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that defendant Dontae Gardner's release conditions be modified to permit him to receive an 8-hour pass -- between 1 pm and 9 pm on Saturday, February 6, 2010 -- from the Halfway House to attend his daughter's birthday party.

Dated: February 2, 2010

                                                __/s/ Laurel Beeler_____
                                                HON. LAUREL BEELER
                                                US MAGISTRATE JUDGE

- 2 -