JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-Mail:      Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                Plaintiff,                      )<br>              v.                                 )<br>DONTAE TYRIE GARDNER,     )<br>                Defendant.                 ) | No. CR 09-00203 CW<br><br>STIPULATION AND  ORDER REGARDING POST-PLEA MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

      1.     On March 12, 2010, defendant appeared before  the Honorable D. Lowell Jensen, United States District Judge, and pleaded guilty pursuant to a plea agreement to an information charging him with using a telephone to commit/facilitate narcotics trafficking in violation of 21 U.S.C. § 843(b).

      2.     In light of defendant's change of plea and the probationary nature of the sentence agreed upon by the parties in the Rule 11(c)(1)(C) plea agreement, the parties agree that defendant's pre-trial release conditions shall be modified as follows:

STIPULATION AND PROPOSED ORDER
MODIFYING PRE-TRIAL RELEASE

      a.    Defendant is no longer required to reside at the Cornell Corrections facility in San Francisco;

      b.    Defendant must reside at the residence of his significant other, Tannea Kelley, located in San Jose, California, and shall not change his residence without prior approval the assigned Pre-trial Services Officer;

      c.    Defendant is not subject to a curfew or electronic monitoring;

      d.    Defendant's travel restriction is modified to permit him to travel to all counties within the Northern District of California; and

      e.    All other terms and conditions of defendant's pre-trial supervision shall remain in effect.

IT IS SO STIPULATED.

DATE:                                        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

        /s/
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

     /s/
ISMAIL RAMSEY, ESQ.

Counsel for Dontae Tyrie Gardner

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that defendant's conditions of pre-trial release are modified as set forth in paragraphs 2(a) through (e), above.

DATED: March 12, 2010

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE